UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DVIR UNGAR, et al.

v.                                                                                          00-02606(JR)

THE ISLAMIC REPUBLIC OF IRAN, et al.

**PLAINTIFFS' NOTICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(i)
OF VOLUNTARY DISMISSAL OF THE ACTION**

Plaintiffs are entitled to voluntarily dismiss this action without prejudice by notice, since no answer or motion for summary judgment has been served by any defendant in this action. Fed.R.Civ.P. 41(a)(1)(i).

Plaintiffs hereby voluntarily dismiss this action against all defendants, pursuant to Fed.R.Civ.P. 41(a)(1)(i).

The dismissal effected by this Notice shall be without prejudice. Fed.R.Civ.P. 41(a)(1).

This Notice does not in any manner whatsoever modify or derogate from the allegations against defendants set forth in plaintiffs' complaint.

Dated: May 2, 2005                                          Plaintiffs, by their Attorneys,

                                                                                    /S/
                                                                David J. Strachman
                                                                D.C. Bar No. D00210
                                                                McIntyre, Tate, Lynch & Holt
                                                                321 South Main Street, Suite 400
                                                                Providence, RI 02903
                                                                (401) 351-7700
                                                                (401) 331-6095 fax